**Order entered April 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01311-CR

**JAMES TYRIE BEATS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CR14-1576**

## ORDER

Before the Court is the State's April 17, 2018 motion to abate the appeal. We **DENY** the motion.

/s/    CRAIG STODDART
       JUSTICE